**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MIGUEL ANGEL FUENTES,

     Petitioner,

v.

CHRISTOPHER BULLOCK, Acting Director
New Orleans Field Officer Director, Immigration
and Customs Enforcement and Removal Operations,
TODD LYONS, Acting Director of Immigration
Customs Enforcement, MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security,
TODD BLANCHE, Acting Attorney General of the
United States, and WARDEN WEST TENNESSEE
DETENTION FACILITY,

     Respondents.

Case No. 2:26-cv-02459-MSN-atc

---

**ORDER DENYING PETITION AS MOOT**

---

     Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1, "Petition") on April 23, 2026, challenging his detention without a bond hearing.  Since that time, however, he has been provided a bond hearing and concedes that the Petition has now been "rendered moot."  (ECF No. 13.)  Accordingly, the Petition is hereby **DENIED AS MOOT**.

     **IT IS SO ORDERED**, this 29th day of May, 2026.

                    *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE